# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Secura Insurance,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 13-0672-CV-W-JTM** |
| ) | |
| **Phyllis Cline,** ) | |
| **Nicolle Christensen,** ) | |
| **Arnold-Newbanks, Inc., and** ) | |
| **John Snyder, (Defendant Ad Litem of** ) | |
| **Arnold Newbanks, Inc.),** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pending before the Court is plaintiff's *Dismissal Without Prejudice,* filed August 8, 2013 [Doc. 10]. After due consideration of the issues presented, and for good cause appearing, and no objection having been interposed, Defendant John Snyder, Defendant Ad Litem of Arnold-Newbanks, Inc., is DISMISSED WITHOUT PREJUDICE.

                                              */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                                        **United States Magistrate Judge**